# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VANESSA WALKER, | ) | NO. CV 11-3109 ODW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. CAVAZOS, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 4, 2011.

                                                                OTIS D. WRIGHT, II
                                                                UNITED STATES DISTRICT JUDGE